UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LYDIA DUHON** | : | **CIVIL ACTION NO. 19-CV-945** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **HYUNDAI MOTOR AMERICA** | : | **MAGISTRATE JUDGE KAY** |

**REPORT AND RECOMMENDATION**

Plaintiff filed a Motion to Amend her complaint to add Navarre Chevrolet, Inc., as a defendant. Doc. 24. By separate memorandum order issued this date, that motion has been granted. The addition of Navarre Chevrolet, Inc., a Louisiana corporation with its principal place of business in Louisiana, destroys diversity jurisdiction, the basis upon which this matter was removed from state court. Doc. 1.

Given that authority to amend the original complaint has been granted and further given that amendment joins a defendant whose presence destroys subject matter jurisdiction, we must remand this action to state court. 28 U.S.C. § 1447(e). Accordingly, it is

**RECOMMENDED** that this action be **REMANDED** to the 14th Judicial District Court, Calcasieu Parish, Louisiana, from which it was removed.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.Proc. 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this report and recommendation to file specific, written objections with the clerk of court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file written objections to the proposed factual findings and/or the proposed legal

conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.

THUS DONE AND SIGNED in Chambers this 17th day of November, 2021.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE