UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LYDIA DUHON** | **CASE NO. 2:19-CV-00945** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **HYUNDAI MOTOR AMERICA** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Upon consideration of the Report and Recommendation of the Magistrate Judge, to which neither party has filed an objection, and after an independent review of the record, the court finds that the Report and Recommendation is correct under applicable law. Accordingly,

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that this matter be remanded to the Fourteenth Judicial District Court, Calcasieu Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers on this 9th day of December, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**